UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY JOE BARBER, III,

    Plaintiff,

v.

KITSAP COUNTY, *et al.*,

    Defendants.

Case No. 25-5076-TL-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, and having received no objections, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's IFP application (Dkt. No. 1) is DENIED and Plaintiff is directed to pay the filing fee within thirty (30) days after entry of the Court's Order. If no filing fee is paid within thirty days of the Court's Order, the Clerk of Court should close the case.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated 3rd day of June, 2025.

Tana Lin
United States District Judge

ORDER - 1